IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMEL MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-8100 |
| | ) | |
| v. | ) | |
| | ) | |
| HP53 LLC, dba A10 HYDE PARK EATERY & BAR, | ) | Magistrate Judge Mason |
| MATTHIAS MERGES and BRIAN TIJAN, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

The parties, by their counsel, and pursuant to Rule 41, hereby file a stipulation of dismissal, and further state as follows:

1. This matter is resolved. Accordingly, the parties stipulate to the dismissal, with prejudice, of this lawsuit in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. The costs shall be borne as per the parties' settlement.

Dated: January 11, 2016

Respectfully submitted,

| Attorneys for Plaintiff | Attorney for Defendants |
|---|---|
| /s/Douglas M. Werman | /s/Jason M. Rosenthal (with consent) |
| Douglas M. Werman | Jason M. Rosenthal |
| Maureen A. Salas | Honigman Miller Schwartz and Cohn LLP |
| Werman Salas P.C. | One South Wacker Drive |
| 77 West Washington Street, Suite 1402 | 28th Floor |
| Chicago, Illinois 60602 | Chicago, Illinois 60606-4617 |
| 312/419-1008 | (312) 701-9349 |

1

Jamie G. Sypulski
Law Office Jamie Golden Sypulski
150 North Michigan Avenue, Suite 1000
Chicago, Illinois 60601
312/332-6202